**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Grant L. Palmer | CHAPTER 13 |
| | BKY. NO. 19-14654 JKF |
| Debtor | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of NRZ REO IX LLC and index same on the master mailing list.

                            Respectfully submitted,
                            **/s/ Rebecca A. Solarz, Esq**
                            Rebecca A Solarz, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322