B203 (12/94)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Grant L. Palmer, Debtor                         Case No: 19 - 14654 JKF
                                                        Chapter 13

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
UNDER 11 U.S.C. § 329 AND BANKRUPTCY RULE 2016(b)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the above named Debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of Debtor in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $3,600.00 |
   | Prior to the filing of this statement I have received | $  990.00 |
   | Balance Due. | $2,610.00 |

2. The source of the compensation paid to me was:  [x] Debtor    [] Other (specify)
3. The source of compensation to be paid to me is:  [x] Debtor    [] Other (specify)
4. [x]  I have *not* agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.
   []  I have agreed to share the above-disclosed compensation with a other person or persons w ho are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.
5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of Debtor's financial situation, and rendering advice to Debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, Statements of Affairs, Statement of Monthly Income, and Plan which may be required;
   c. Representation of Debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Defending Debtor in adversary proceedings and other contested bankruptcy matters; and
   e. Other provisions as defined in Application for Counsel Fees.

6. By agreement with Debtor, the above-disclosed fee does not include the following services:
   Trustee's Motion to Dismiss After Confirmation, Adversary Complaints, and Motion for Relief.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of Debtor in this bankruptcy proceeding.


Date:    August 8, 2019

                                /S/     Ronald G. McNeil
                                Ronald G. McNeil, Esquire
                                Attorney for Debtor