IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Grant L. Palmer | | CHAPTER 13 |
| Debtor(s) | | |
| NRZ REO IX LLC | Movant | |
| vs. | | NO. 19-14654 JKF |
| Grant L. Palmer | Debtor(s) | |
| Scott Waterman | Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 28th day of August, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified to allow NRZ REO IX LLC and its successor in title to proceed with the ejectment action regarding the premises 1114 South Wilton Street Philadelphia, PA 19143.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Grant L. Palmer
1114 South Wilton Street
Philadelphia, PA 19143-4207

Ronald G. McNeil, Esq.
1333 Race Street (VIA ECF)
Philadelphia, PA 19107-1585

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532