United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Grant L. Palmer  
       Debtor

Case No. 19-14654-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Aug 28, 2019  
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.  
db          Grant L. Palmer,   1114 So. Wilton Street,    Philadelphia, PA 19143-4207  
           +KML Law Group, P.C.,   Suite 5000-BNY Independence Center,   701 Market Street,   Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2019 at the address(es) listed below:  
          REBECCA ANN SOLARZ    on behalf of Creditor    NRZ REO IX LLC bkgroup@kmllawgroup.com  
          RONALD G. MCNEIL    on behalf of Debtor Grant L. Palmer r.mcneil1@verizon.net  
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                            TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Grant L. Palmer | | CHAPTER 13 |
| | Debtor(s) | |
| NRZ REO IX LLC | Movant | |
| vs. | | NO. 19-14654 JKF |
| Grant L. Palmer | Debtor(s) | |
| Scott Waterman | Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 28th day of August, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow NRZ REO IX LLC and its successor in title to proceed with the ejectment action regarding the premises 1114 South Wilton Street Philadelphia, PA 19143. ~~Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent the Moving Party from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(2) has been waived.~~

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Grant L. Palmer
1114 South Wilton Street
Philadelphia, PA 19143-4207

Ronald G. McNeil, Esq.
1333 Race Street (VIA ECF)
Philadelphia, PA 19107-1585

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532