```
                UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                          9/10/19


To:   RONALD G. MCNEIL
McNeil Legal services
1333 Race Street
Philadelphia, PA 19107-1585
                         In re:  Grant L. Palmer
                         Bankruptcy No. 19-14654-jkf
                         Adversary No.
                         Chapter 13


      Re:  Application for Compensation
```

The above pleading was filed in this office on 8/8/19. Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

```
        ()    Affidavit
        ()    Certificate of Service
        (xx)  Certification of no response
        ()    Notice pursuant to Rule 9019
        ()    Notice pursuant to Rule 2002
        ()    Notice pursuant to Rule 3007.1
        ()    Proof of Claim number not noted on
                 objection pursuant to Rule 3007.1(a)
        ()    Proposed Order
        ()    Stipulation
        ()    Certification of Default
        ()    Other
```

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

```
                         Timothy B. McGrath
                         Clerk



                         By:  _____C. Wagner_____
                                  Deputy Clerk
```

status.frm
(rev. 11/26/2018)