United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-14654-jkf
Grant L. Palmer                                                         Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Sep 27, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.
db             Grant L. Palmer,    1114 So. Wilton Street,    Philadelphia, PA   19143-4207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:
      POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    NRZ REO IX LLC bkgroup@kmllawgroup.com
      RONALD G. MCNEIL    on behalf of Debtor Grant L. Palmer r.mcneil1@verizon.net
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                            TOTAL: 6

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Grant L. Palmer  :  Chapter 13

        Debtor  :  Bankruptcy No. 19-14654-jkf

**CONSENT ORDER**

*AND NOW,* this 13th day of September, 2019 upon agreement of the parties in lieu of the Chapter 13 Standing Trustee's filing a motion to dismiss with prejudice, it is

*ORDERED,* that because this is the Debtor's fifth Chapter 13 bankruptcy filing since 2010, if this case is dismissed for any reason, it shall be with prejudice; Debtor shall be prohibited from filing, individually or jointly, any subsequent bankruptcy within two (2) years without further leave of court from date of dismissal order of case. And it is further

*ORDERED,* that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the Debtor from further filings in accordance with its terms.

Date: September 13, 2019

                                                    Scott F. Waterman, Esquire
                                                    Chapter 13 Standing Trustee

Date: 9/13/19

                                                      Attorney for Debtor *Grant L. Palmer, Debtor*

Date: Sept 13, '19

                                                      Debtor *Ronald G. McNeil, Esquire*

BY THE COURT:

HON. JEAN K. FITZSIMON
BANKRUPTCY JUDGE

**Date: September 27, 2019**