```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-14654-jkf
Grant L. Palmer                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2              Date Rcvd: Jun 05, 2020
                              Form ID: pdf900             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
```
db             Grant L. Palmer,    1114 So. Wilton Street,    Philadelphia, PA 19143-4207
14362859       Aqua America, Inc.,    762 W. Lancaster Avenue,    Bryn Mawr, PA 19010-3489
14362863       BSD Way, LLC,    P.O. Box 1202,    Monsey, NY 10952-8301
14362861       Bank of America, N.A.,    Corporate Center,    100 No. Tryon Street, Suite 220,
                 Charlotte, NC 28202-4031
14362862      +Bank of New York Mellon Trust Co.,    Bankruptcy Department,    1100 Virginia Drive,
                 P.O. Box 8300,    Ft. Washington, PA 19034-8300
14362865       Comcast Cable Communications,    Bankruptcy Department,    P.O. Box 1931,
                 Burlingame, CA 94011-1931
14362866      +DHI Fund, LP,    4115 W. Spruce Street,    Tampa, FL 33607-2485
14362869       Education Credit Mgmt Corp.,    P.O. Box 76408,    St.. Paul, MN 55175-1408
14381329       Educational Credit Management Corporation,    PO BOX 16408,    St. Paul, MN 55116-0408
14362870      +Green Tree Servicing, LLC,    Bankruptcy Department,    P.O. Box 6154,
                 1400 Turbine Drive, Suite R202,    Rapid City, SD 57703-4719
14392383      +HSBC Bank USA, N.A.,    2929 Walden Ave C17,    Attn: Business Services,    Depew, NY 14043-2690
14362871       Harleysville Insurance Co.,    Collection Department,    355 Maple Avenue, Suite C-2,
                 Harleysville, PA 19438-2222
14362868       I.C. System,    444 Highway 96 East,    P.O. Box 64137,    St. Paul, MN 55164-0137
14367309      +NRZ REO IX LLC.,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14362873      +NRZ REO, IX, LLC,    3201 34th Street S, Suite 310,    Tampa, FL 33605-2232
14362875       People Serving People,    614 Third Street South,    Minneapolis, MN 55415-1104
14362876       Philadelphia Clerk of Quarter Sessions,    Accounting Unit, Suite 310,    Criminal Justice Center,
                 1301 Filbert Street,    Philadelphia, PA 19107-2605
14362877      +Philadelphia Gas Works,    Bankruptcy Unit,    P.O. Box 3500,
                 800 W. Montgomery Avenue, 3rd Floor,    Philadelphia, PA 19122-2806
14362880       Philadelphia Municipal Court,    Traffic/Administrative Judge,
                 800 Spring Garden Street, Room 2nd FL,    Philadelphia, PA 19123-2690
14384726      +Philadelphia Municipal Court,Traffic Division,    800 Spring Garden Street,
                 Philadelphia PA 19123-2616
14362881      +RCN Telecom Services, LLC,    650 College Road, E,    Princeton, NJ 08540-6629
14409060       Ronald G. McNeil, Esquire,    1333 Race Street,    Philadelphia, PA 19107-1585
14362882       Specialized Loan Servicing, LLC,    Bankruptcy Department,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jun 06 2020 03:32:32      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 06 2020 03:32:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 06 2020 03:32:28      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14362860       E-mail/Text: g20956@att.com Jun 06 2020 03:32:33      AT & T Mobility II, LLC,
                 c/o AT&T Services, Inc,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
14362885       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 06 2020 03:38:25      American InfoSource LP,
                 T-Mobile USA, Inc.,    P.O. Box 248848,    Oklahoma City, OK 73124-8848
14451944      +E-mail/Text: megan.harper@phila.gov Jun 06 2020 03:32:32
                 CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
14362864       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 06 2020 03:38:24
                 Capital One Financial,    Bankruptcy Department,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14362867       E-mail/Text: G06041@att.com Jun 06 2020 03:32:28      DirecTV,    Bankruptcy Department,
                 2230 E. Imperial Highway,    El Segundo, CA 90245-3504
14393924      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 06 2020 03:38:37      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14362872       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 06 2020 03:32:14      Internal Revenue Service,
                 Bankruptcy Division,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14362874       E-mail/Text: bankruptcygroup@peco-energy.com Jun 06 2020 03:32:15      PECo Energy Co.,
                 Bankruptcy Group,    2301 Market Street   # N3-2,    Philadelphia, PA 19103-1338
14362878      +E-mail/Text: megan.harper@phila.gov Jun 06 2020 03:32:32      Philadelphia Law Department,
                 Bankruptcy Unit,    Municipal Services Bldg,    1401 JFK Blvd, Room 508,
                 Philadelphia, PA 19102-1617
14362879       E-mail/Text: bankruptcy@philapark.org Jun 06 2020 03:32:36      Philadelphia Parking Authority,
                 Office of Chief Counsel,    701 Market Street, Suite 5400,    Philadelphia, PA 19106-2895
14362884       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jun 06 2020 03:38:22      T-Mobile USA, Inc.,
                 ATTN: Bankruptcy Dept,    P.O. Box 53410,    Bellevue, WA 98015-3410
14362883       E-mail/Text: bankruptcy@td.com Jun 06 2020 03:32:25      TD Bank, N.A.,    Bankruptcy Department,
                 70 Gray Road,    Fairmouth, ME 04105-2019
14362886       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 06 2020 03:32:12
                 Verizon Communications,    Bankruptcy Department,    P.O. Box 4846,    Trenton, NJ 08650-4846
                                                                                              TOTAL: 16
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2           Date Rcvd: Jun 05, 2020
                              Form ID: pdf900             Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Philadelphia Municipal Court - Traffic Division,   800 Spring Garden Street,
                 Philadelphia, PA  19123-2690
14373772*       Philadelphia Municipal Court,   Traffic/Administrative Judge,
                 800 Spring Garden Street, Room 2nd FL,   Philadelphia, PA 19123-2690
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NRZ REO IX LLC bkgroup@kmllawgroup.com
              RONALD G. MCNEIL    on behalf of Debtor Grant L. Palmer r.mcneil1@verizon.net
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                              :        Chapter 13

GRANT L. PALMER

                Debtor(s)                           :        Bky. No. 19-14654 -JKF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**. The Consent Order of September 27, 2019 which imposed a bar to re-filing is vacated.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: June 4, 2020

_____
**JEAN K. FITZSIMON**
**U.S. BANKRUPTCY JUDGE**