UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania


|  |  |  |
|---|---|---|
| In re | : | Case No.  19 - 14654 |
| Grant L. Palmer | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Jean K. FitzSimon |
| | : | |

## CERTIFICATE OF NO RESPONSE

Pursuant to this Court's June 4, 2020 Order Dismissing Chapter 13 Case and Setting

Deadline for Applications for Allowance of Administrative Expenses, I, Ronald G.

McNeil, Esquire, certify that a true and correct copy of  the Notice of Debtor's Counsel

Application for Counsel Fees was served upon all interested parties via electronic means,

via hand delivery and/or via first class postage prepaid on August 10, 2019, that more

than twenty-one (21) days have past since the service of this notice, and that neither an

objection to this compensation nor an application for administrative expenses no answer

and/or objection has been filed.


Respectfully submitted,

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: June 24, 2020
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
 r.mcneil1@verizon.net