United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Grant L. Palmer  
     Debtor

Case No. 19-14654-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Jun 25, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2020.  
db           Grant L. Palmer,    1114 So. Wilton Street,    Philadelphia, PA   19143-4207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2020 at the address(es) listed below:  
        POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    NRZ REO IX LLC bkgroup@kmllawgroup.com  
        RONALD G. MCNEIL    on behalf of Debtor Grant L. Palmer r.mcneil1@verizon.net  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
        ECFMail@ReadingCh13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                      TOTAL: 6

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 19 - 14654 |
|    Grant L. Palmer | : |        (Chapter 13) |
|           Debtor. | : |  |
|  | : | Hon. Jean K. FitzSimon |
|  | : |  |

## ORDER

AND NOW, this      day of               , 2020, upon consideration of Debtor's Attorney Application for Allowance of Counsel Fees, and any responses thereto, it is hereby ORDERED that

a) Debtor's Attorney Application for Allowance of Counsel Fees is GRANTED;

b) Compensation is ALLOWED in favor of Applicant in the amount of $3,600.00 for his services; and

c) The Chapter 13 Trustee is authorize to distribute to Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b), and 11 U.S.C. § 330(a)(4)(B), the allowed compensation set forth in section (b) less $990.00 which was paid by Debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT:

**Date: June 25, 2020**

Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Copies to:
Debtor: Grant L. Palmer
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: Scott F. Waterman, Esquire
Creditors: