| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 19-14654-AMC

GRANT L. PALMER
1114 SO. WILTON STREET
PHILADELPHIA  PA    19143-4207

Petition Filed Date: 07/25/2019
341 Hearing Date: 09/13/2019
Confirmation Date:

Case Status: Dismissed Before Confirmation on 6/ 4/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/26/2019 | $200.00 | 17937125945 | 11/01/2019 | $200.00 | 1389805869 | | | |

**Total Receipts for the Period:  $400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | RONALD G MC NEIL, ESQ | Attorney Fees | $2,610.00 | $362.60 | $2,247.40 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $400.00 | Current Monthly Payment: | $214.81 |
| Paid to Claims: | $362.60 | Arrearages: | $0.00 |
| Paid to Trustee: | $37.40 | Total Plan Base: | $11,999.74 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.